NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1538

SPINE SOLUTIONS, INC.,
SYNTHES SPINE COMPANY, L.P.
and SYNTHES, INC.,

Plaintiffs-Appellees,

v.

MEDTRONIC SOFAMOR DANEK USA, INC.,
and MEDTRONIC SOFAMOR DANEK, INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Western District of Tennessee in case no. 07-CV-02175, Judge Jon P. McCalla.

ON MOTION

Before LOURIE, Circuit Judge.

## O R D E R

Medtronic Sofamor Danek USA, Inc. et al. (Medtronic) submit a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the Western District of Tennessee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Spine Solutions, Inc. et al.'s (Spine Solution) response to the motion is due within seven calendar days of the date of this order.

(2) Medtronic's request that the court issue a temporary stay pending a decision on the stay motion is denied.

FOR THE COURT

**SEP -3** 2009
_____
Date

cc:    Jan M. Conlin, Esq.
        Jeffrey Martin Olson, Esq.

s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP -3 2009

JAN HORBALY
CLERK

2009-1538                    2